144

344 A.2d 466

COMMONWEALTH of Pennsylvania, Appellant,

v.

Robert FULTON, Appellee (two cases).

Supreme Court of Pennsylvania.

Argued Oct. 7, 1974.

Decided Oct. 3, 1975.

John J. Hickton, Dist. Atty., Robert L. Eberhardt, Asst. Dist. Atty., D. M. Fisher, John M. Tighe, First Asst. Dist. Atty., Pittsburgh, for appellant.

John J. Dean, John R. Cook, Pittsburgh, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Order affirmed.

JONES, C. J., did not participate in the consideration or decision of this case.